UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. James Adam Campbell    Docket No. 5:15-CR-346-2F

### Petition for Action on Probation

COMES NOW Corey Rich, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of James Adam Campbell, who, upon an earlier plea of guilty to Possession of Stolen Mail and Aiding and Abetting, in violation of 18 U.S.C. § 1708 and 18 U.S.C. § 2, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on September 28, 2016, to 24 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant committed the offense of Driving While Impaired (16CR 66405) on or about December 23, 2016 in Cumberland County, NC. Since the inception of Mr. Campbell's term of supervision, there have been no other compliance issues. All drug screens have been returned negative, and he is already subject to the DROPS condition. He is currently undergoing treatment and counseling for his substance abuse issues. When confronted about this new offense, Mr. Campbell expressed a great deal of remorse, and took responsibility for his actions. He was counseled on his actions and verbally reprimanded for the same. As a sanction for this conduct, we are recommending that the defendant serve 3 days in jail.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 3 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Eddie J. Smith<br>Eddie J. Smith<br>Supervising U.S. Probation Officer | /s/ Corey Rich<br>Corey Rich<br>U.S. Probation Officer<br>310 Dick Street<br>Fayetteville, NC 28301-5730<br>Phone: 910-354-2540<br>Executed On: January 19, 2017 |

JAMES ADAM CAMPBELL
Docket No. 5:15-CR-346-2F
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __10__ day of __February__, 2017, and ordered filed and made a part of the records in the above case.

_James C. Fox_
James C. Fox
Senior U.S. District Judge