IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-346-1BO
No. 5:15-CR-346-2BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JIMMY CECIL LANE, JR., | ) | |
| JAMES ADAM CAMPBELL | ) | |

At the direction of the Court, and for the continued efficient administration of justice, the above-captioned case is reassigned to the Honorable Louise Wood Flanagan, United States District Judge, for all further proceedings. United States District Judge Terrence W. Boyle is no longer assigned to the case.

It came to the Court's attention that a fact bearing on the disqualification of Judge Boyle was discovered after decisions were entered by him. In accordance with Advisory Opinion 71 of the Judicial Conference Committee on Codes of Conduct (June 2009), Judge Boyle recused himself from this matter for the parties to determine what relief they may seek and for the newly assigned judge to determine the legal consequence of his participation in this case.

**All future documents shall reflect the revised case number of 5:15-CR-346-FL.**

SO ORDERED. This the _26_ day of July, 2018.

Peter A. Moore, Jr.
Clerk of Court